IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 06-290 SLR |
| v. | : | |
| | : | |
| BAYHEALTH MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that, on September 22, 2006, Defendant Bayhealth Medical Center, Inc. served on the Plaintiff true and correct copies of its (a) Initial Disclosures, (b) First Set of Interrogatories Directed to Plaintiff and (c) First Request for Production of Documents by mailing the same to counsel for Plaintiff at the following address:

> R. Stokes Nolte, Esquire
> Nolte & Associates
> 1010 N. Bancroft Parkway, Suite 21
> Wilmington, DE  19805

| | |
|---|---|
| Date:  September 22, 2006 | STEVENS & LEE, P.C. |
| | |
| STEVENS & LEE, P.C. | By: _/s/ Joseph Grey_ |
| John F. Ward, Esquire | Joseph Grey (ID 2358) |
| 620 Freedom Business Center | 1105 North Market Street, Seventh Floor |
| Suite 200 | Wilmington, DE  19801 |
| P.O. Box 62330 | Tel:  (302) 654-5180 |
| King of Prussia, Pennsylvania 19406 | Fax:  (302) 654-5181 |
| Tel:  (610) 205-6000 | E-Mail:  jg@stevenslee.com |
| Attorneys for Defendant | Attorneys for Defendant |
| Bayhealth Medical Center, Inc | Bayhealth Medical Center, Inc |

## CERTIFICATE OF SERVICE

I, JOSEPH GREY, certify that on this 22nd day of September, 2006, I caused to be served copies of the foregoing Notice of Service of Defendant Bayhealth Medical Center, Inc., upon counsel for Plaintiff, by first class United States mail, postage prepaid, addressed as follows:

> R. Stokes Nolte, Esquire
> Nolte & Associates
> 1010 N. Bancroft Parkway, Suite 21
> Wilmington, DE  19805

> _/s/ Joseph Grey_
> JOSEPH GREY

SL1 666507v1/011425.00106