IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATHANIEL MORRIS, JR.,    :
             :
    Plaintiff,     :
             :  CIVIL ACTION NO. 06-290 SLR
   v.        :
             :
BAYHEALTH MEDICAL CENTER,  :
             :
    Defendant.   :

## MOTION FOR ADMISSION OF
## JOHN F. WARD PRO HAC VICE

Joseph Grey, a member of the bar of this Court, pursuant to District Court Rule 83.5(c), hereby moves for the admission *pro hac vice* of John F. Ward, Esquire, of Stevens & Lee, 620 Freedom Business Center, Suite 200, P.O. Box 62330, King of Prussia, PA, 19406 to represent Defendant Bayhealth Medical Center, Inc. for purposes of this action. The Admittee is admitted, practicing and in good standing in the courts of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit.

Dated:  September 22, 2006　　　　STEVENS & LEE, P. C.


　 */s/ Joseph Grey*
JOSEPH GREY (No. 2358)
Thomas G. Whalen, Jr. (No. 4034)
1105 N. Market Street, 7th Floor
Wilmington, DE  19801
TEL:  (302) 654-5180
FAX:  (302) 654-5181

John F. Ward, Esquire
620 Freedom Business Center
Suite 200
P.O. Box 62330
King of Prussia, Pennsylvania 19406
(610) 205-6000

*Counsel for Defendant Bayhealth Medical Center, Inc.*

## CERTIFICATION

The undersigned certifies that he is eligible for admission to this Court, is admitted to practice and is in good standing in the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit, he submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in District Court Rule 83.6 and he has access to, or has acquired a copy of, the Local Rules (general orders) of this Court and is generally familiar with such Rules. The undersigned certifies that the foregoing statements are true and that he is aware that he is subject to punishment if any of the foregoing statements are willfully false.

_____
John F. Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NATHANIEL MORRIS, JR.,              :
                                    :
            Plaintiff,              :
                                    :    CIVIL ACTION NO. 06-290 SLR
        v.                          :
                                    :
BAYHEALTH MEDICAL CENTER,           :
                                    :
            Defendant.              :

## O R D E R

AND NOW, this _____ day of _____, 2006, upon consideration of

the Motion for Admission of John F. Ward Pro Hac Vice (the "Motion"), it is hereby

ORDERED, that the Motion is GRANTED, and John F. Ward is admitted *pro*

*hac vice* as co-counsel for the Defendant in the above-captioned case.


_____
Honorable Sue L. Robinson
United States District Court Judge

## CERTIFICATE OF SERVICE

I, JOSEPH GREY, hereby certify that on this 22nd day of September, 2006 I caused copies of the foregoing **Motion for Admission of John F. Ward, Pro Hac Vice** to be served via first class mail (unless otherwise specifically indicated), postage prepaid, upon counsel for Plaintiff addressed as follows:

> R. Stokes Nolte, Esquire
> Nolte & Associates
> 1010 N. Bancroft Parkway, Suite 21
> Wilmington, DE  19805

> */s/ Joseph Grey*
> JOSEPH GREY, BAR NO. 2358