IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | ) | |
| | ) | C.A. NO.: 06-290 (SLR) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing **Plaintiff's Initial Disclosure Statement** was served via hand delivery, to the individual(s) listed below on this _12th_ day of _October_, 2006.

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE 19801

_____
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Attorney for Plaintiff

Date: 10/12/06