IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | ) | |
| | ) | C.A. NO.: 06-290 (SLR) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing

**Plaintiff's Response to Request for Production and Notice Thereof** was served via first class

mail, to the individual(s) listed below on this ____5th____ day of __January_____, 2007.


Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE 19801



$\qquad$    __R. Stokes Nolte_____
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Attorney for Plaintiff


Date: 1/5/07