IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL MORRIS, JR., ) | |
| ) | C.A. NO.: 06-290 (SLR) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing **Plaintiff's Answers to Interrogatories and Notice Thereof** was served via first class mail, to the individual(s) listed below on this ____5th____ day of __January__, 2007.

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE 19801

                                            *R. Stokes Nolte*
R. Stokes Nolte, Esquire
De. State Bar I.D. No.: 2301
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Attorney for Plaintiff

Date: 1/5/07