# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL MORRIS, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-290-SLR |
| : | |
| BAYHEALTH MEDICAL CENTER, : | |
| : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **9th** day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, May 14, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Defendant's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE