IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | Civil Action No. 06-290-SLR |
| | : | |
| KENT GENERAL HOSPITAL, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Defendant Bayhealth Medical Center ("Bayhealth") will take the deposition of Plaintiff Nathaniel Morris on Friday, May 25, 2007 beginning at 10:00 a.m., prevailing eastern time, and continuing thereafter until completed, or on such other date and time as counsel for the parties may agree. The deposition will take place at the offices of Defendant's counsel, Stevens & Lee, P.C. at 1105 North Market Street, Seventh Floor, Wilmington, DE 19801. You are invited to attend and cross- examine.

Dated: May 14, 2007                    **STEVENS & LEE, P.C.**

                                        By */s/ Joseph Grey*
                                        Joseph Grey (No. 2358)
                                        Thomas G. Whalen, Jr. (No. 4034)
                                        1105 North Market Street, Seventh Floor
                                        Wilmington, DE 19801
                                        Tel: (302) 425-3307; -3304
                                        Fax: (302) 654-5181
                                        E-mail: jg@stevenslee.com
                                                tgw@stevenslee.com

                                        *Counsel for Defendant*
                                        *Bayhealth Medical Center*

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 14th day of May, 2007, and in addition to the service made via the Court's CM/ECF system, I caused true and correct copies of the foregoing Notice of Deposition to be served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

>R. Stokes Nolte, Esquire
>Nolte & Associates
>1010 N. Bancroft Parkway, Suite 21
>Wilmington, DE  19805


 */s/ Joseph Grey*
JOSEPH GREY