**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NATHANIEL MORRIS, JR., | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 06-290 SLR |
| v. | : |
| | : |
| BAYHEALTH MEDICAL CENTER, | : |
| | : |
| Defendant. | : |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Plaintiff and Defendant, by their attorneys, hereby submit their Joint Motion to Extend Discovery Deadline. The grounds for this Joint Motion are as follows:

1. By this Joint Motion, the parties request a brief extension of the discovery deadline in this case in order to complete the Plaintiff's deposition. The parties attempted to schedule this deposition before the current discovery deadline (June 1, 2007); but counsels' schedules for the Second Quarter 2007 were busier than anticipated and Plaintiff's availability for deposition was limited. The parties have agreed that the Plaintiff's deposition will go forward on June 4, 2007, just one business day beyond the current deadline.

2. Accordingly, the parties respectfully request that paragraph 3(b) of the current Joint Discovery Plan approved by the Court on October 24, 2006 be modified to provide "All discovery shall be commenced in time to be completed by **June 4, 2007**." No other modification of the Joint Discovery Plan is being requested at this time. In particular, the parties do not seek an extension of the deadline for filing motions of summary judgment. Accordingly, the requested modification will not impact the Court's schedule in this case in any way.

3. A form of Order is enclosed for the Court's convenience.

    4. No previous motion for an extension of this or any other deadline has been filed in this action.

| NOLTE & ASSOCIATES | STEVENS & LEE |
|---|---|
| By:*/s/ R. Stokes Nolte*<br> R. Stokes Nolte (ID 2301)<br> 1010 N. Bancroft Parkway, Suite 21<br> Wilmington, DE  19805<br> (302) 777-1700<br><br>Attorney for Plaintiff<br>Nathaniel Morris, Jr. | By: */s/ Joseph Grey*<br> Joseph Grey (ID 2358)<br> 1105 North Market Street<br> Seventh Floor<br> Wilmington, DE  19801<br> (302) 654-5180<br><br> John F. Ward, Esquire<br> 620 Freedom Business Center<br> Suite 200<br> P.O. Box 62330<br> King of Prussia, Pennsylvania 19406<br> (610) 205-6000<br><br>Attorneys for Defendant<br>Bayhealth Medical Center, Inc. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 06-290 SLR |
| v. | : | |
| | : | |
| BAYHEALTH MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |

## ORDER TO EXTEND SCHEDULING DEADLINES

**AND NOW**, this ___ day of _____, 2007, after consideration of the Joint Motion to Extend Discovery Deadline filed by the parties, it is hereby **ORDERED** that:

1. Paragraph 3(b) of the Joint Discovery Plan which was entered on the record in this action on October 24, 2006, is here by amended to provide that all discovery shall be commenced in time to be completed by June 4, 2007.

2. All other scheduling deadlines will remain as set forth in the Joint Discovery Plan.

BY THE COURT:

_____
Sue L. Robinson, Chief Judge

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 25th day of May, 2007, and in addition to the service made via the Court's CM/ECF system, I caused true and correct copies of the foregoing Joint Motion to be served by first class United States mail, postage prepaid, upon counsel for the Plaintiff at the following address:

> R. Stokes Nolte, Esquire
> Nolte & Associates
> 1010 N. Bancroft Parkway, Suite 21
> Wilmington, DE  19805

  */s/ Joseph Grey*
JOSEPH GREY