## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL MORRIS, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-290-SLR |
| BAYHEALTH MEDICAL CENTER, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **31st** day of **May, 2007**.

IT IS ORDERED that as a result of the teleconference of May 31, 2007, counsel shall advise the Magistrate Judge by joint letter on or before **Monday, June 18, 2007**, whether the parties desire to schedule mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE