IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | : | |
| | : | |
| Plaintiff. | : | |
| | : | |
| v. | : | Civil Action No. 06-290-SLR |
| | : | |
| BAYHEALTH MEDICAL CENTER, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), Defendant Bayhealth Medical Center hereby moves for summary judgment for the reasons more fully set forth in its Opening Brief and upon the record set forth in the Appendix offered in support of this Motion.

WHEREFORE, Defendant respectfully requests that the Court grant summary judgment in this matter in favor of the Defendant.

Dated: July 2, 2007                    **STEVENS & LEE**

By  */s/ Joseph Grey*
Joseph Grey (No. 2358)
1105 North Market Street, Seventh Floor
Wilmington, DE 19801
Tel:  (302) 654-5180
Fax:  (302) 654-5181
E-mail: jg@stevenslee.com
tgw@stevenslee.com

Kenneth D. Kleinman, Esquire
John F. Ward, Esquire
620 Freedom Business Center
Suite 200
P.O. Box 62330
King of Prussia, Pennsylvania 19406
(610) 205-6000

Counsel for Defendant Bayhealth Medical Center, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NATHANIEL MORRIS, JR., | : |
| | : |
| Plaintiff. | : |
| | : |
| v. | : Civil Action No. 06-290-SLR |
| | : |
| BAYHEALTH MEDICAL CENTER, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion for Summary Judgment filed by Defendant Bayhealth Medical Center, and Plaintiff's response thereto, and all briefing and argument offered by the parties with respect to said Motion, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is GRANTED and that judgment is entered in favor of Defendant.

BY THE COURT,

_____
Sue L. Robinson
District Court Judge

CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that on this 2nd day of July, 2007, I caused copies of the foregoing Motion for Summary Judgment to be served by first class United States mail, postage prepaid, upon counsel for Plaintiff, addressed as follows:

> R. Stokes Nolte, Esquire
> Nolte & Associates
> 1010 N. Bancroft Parkway, Suite 21
> Wilmington, DE  19805

>  */s/ Joseph Grey*
> JOSEPH GREY