IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | ) | |
| | ) | C.A. NO.: 06-290 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S MOTION FOR EXTENSION OF BRIEFING SCHEDULE

COMES NOW, R. Stokes Nolte, Esquire on behalf of plaintiff, Nathaniel Morris Jr. in the above caption matter. Plaintiff filed a Complaint in this Court alleging racial discrimination based on wrongful termination asserting that the basis of the termination from his employer was a pretext so that it could hire a Caucasian to replace him.

Defendants have filed Motion for Summary Judgment with Opening Brief on or about July 2, 2007. Pursuant to the Case Scheduling Order, the deadline for plaintiff's Answering Brief is July 23, 2007. After reviewing the Opening Brief, plaintiff's counsel feels he is no longer in a position to be able to represent plaintiff's interests. Plaintiff's counsel needs additional time to meet with plaintiff to explain plaintiff's counsel's views of the situation and to explain to plaintiff that plaintiff's counsel feels he can no longer represent him in this action. Plaintiff's counsel therefore, requests a continuance of the briefing schedule to permit plaintiff's counsel to file a Motion to Withdraw and permit plaintiff, should he so desire, to seek assistance with other counsel in defense of this Motion for Summary Judgment. Plaintiff's counsel has spoken with counsel for defendant, John Ward, Esquire, concerning the Answering Brief and has been advised that defendant would not oppose a continuance of the Briefing Schedule for the reasons

stated above.

WHEREFORE, plaintiff requests an extension of the Briefing Schedule in this matter to permit plaintiff's counsel to meet with plaintiff and to advise plaintiff of this development and further to allow plaintiff to seek and find additional counsel should he so chose.

                                                                     */s/ R. Stokes Nolte*
                                                                     R. Stokes Nolte, Esquire (#2301)
Nolte & Associates
1010 N. Bancroft Parkway
Suite 21
Wilmington, DE 19805
(302) 777-1700

Attorney for plaintiff, Nathaniel Morris, Jr.

Date: 7/24/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | ) | |
| | ) | C.A. NO.: 06-290 (SLR) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, R. Stokes Nolte, hereby certify that two (2) true and correct copies of the foregoing **Plaintiff's Request for Extension of Briefing Scheduled** was served via hand delivery, to the individual(s) listed below on this _____24th_____ day of ____July____, 2007.

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE 19801

John F. Ward
STEVENS & LEE
620 Freedom Business Center
Suite 200
P.O. Box 62330
King of Prussia, Pennsylvania 19406

                                                              */s/ R. Stokes Nolte*
                                                              R. Stokes Nolte, Esquire (#2301)
                                                              Nolte & Associates
                                                              1010 N. Bancroft Parkway
                                                              Suite 21
                                                              Wilmington, DE 19805
                                                              (302) 777-1700
                                                              Attorney for plaintiff, Nathaniel Morris, Jr.

Date: 7/24/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATHANIEL MORRIS, JR., | ) | |
| | ) | C.A. NO.: 06-290 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This _____ day of _____, 2007, having considered Plaintiff's Motion for Extension for Briefing Schedule;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff be given an extension of _____ days in which to file an Answering Brief .

_____
J.