IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL MORRIS, JR., | ) |
| | ) C.A. NO.: 06-290 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) TRIAL BY JURY DEMANDED |
| BAYHEALTH MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

ORDER

This __26th__ day of __July__, 2007, having considered Plaintiff's Motion for Extension for Briefing Schedule;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff be given an extension of __90__ days in which to file an Answering Brief.

_____
J.