IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATHANIEL MORRIS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-290-SLR |
| | ) |
| BAYHEALTH MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of December, 2007, its being unclear from the record whether plaintiff is still represented by counsel (see D.I. 23) and/or whether plaintiff is interested in pursuing this litigation, as he has not responded to the pending motion for summary judgment filed by defendant (see D.I. 19);

IT IS ORDERED that, **on or before January 4, 2008**, plaintiff shall either respond to the pending motion for summary judgment or shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

**NOTE:** Failure to timely respond to this order shall result in dismissal of the above captioned case.

_____
United States District Judge